7/7/21
Case # 19-22004

Dear Judge Berger,

My name is Jamie Pecina
I am a creditor requesting to file a claim in requards to services that where never received.

Upon receiving a bankrupt notice January of 2019 I called and spoke with Jeffrey Wagoner to get direction as to what I needed to do in this matter.
  Mr. Wagoner assured me there was nothing I could do as where no funds to recover. I recently contacted bankruptcy clerks office which put me in contact with Bankruptcy trustee Christopher Redmond
to update my address in the file as I have moved a few times since 2019 and have not received any other notices. I was also informed me I missed the claim date and assists have been recovered from Mr. Harder. I am asking you to allow my late claim to be processed as I had incorrect information from the beginning.

Thank you for your understanding.
Jamie Pecina
9135233098
9511 Haskins Street Lenexa Ks 66215

*Jamie Pecina*
7/7/21

FILED
Kansas City, KS
JUL 09 2021
CLERK
U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

167 US Courthouse
401 N Market
Wichita KS 67202
(316) 315-4110

Reply to: Kansas City

July 20, 2021

161 US Courthouse
500 State Ave
Kansas City KS 66101
(913) 735-2110

204 US Courthouse
444 SE Quincy
Topeka KS 66683
(785) 338-5910

Jamie Pecina
9511 Haskins St
Lenexa, KS 66215

Dear Ms. Pecina:

We are in receipt of your correspondence (attached) dated July 7, 2021. Your letter has been entered into the record of the court as general correspondence and not as a pleading. No further action based on your letter will be taken by the court. If you wish to pursue this matter further, you may want to contact an attorney to determine what options may be available to you. This office can not give you any legal advice.

Local Rules of Practice and Procedures for the US Bankruptcy Court for the District of Kansas and general court information, including a schedule of filing fees, are available on the Court's web site at www.ksb.uscourts.gov.

Sincerely,

*Judy R. Cowger*

Judy R. Cowger
Deputy-in-Charge

Attachment